UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
Asheville
Apr 06 2026
U.S. District Court
Western District of N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. |
| | ) | 1:26-cr-00013-MR-WCM |
| | ) | **BILL OF INFORMATION** |
| vs. | ) | |
| | ) | Violations: |
| | ) | 18 U.S.C. § 1343 |
| CHARLES "CHIP" L. MILLER, II, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

From on or about June 6, 2021, through to on or about January 2, 2024, in Buncombe and Haywood Counties, within the Western District of North Carolina, and elsewhere, the defendant

CHARLES "CHIP" L. MILLER, II

with the intent to defraud, did knowingly and intentionally devise a scheme and artifice to defraud and to obtain money by materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice to defraud, did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce any writing, signal, picture, and sound, those being electronic communications and electronic financial transactions.

All in violation of Title 18, United States Code, Section 1343.

## <u>NOTICE OF FORFEITURE</u>

Notice is hereby given of 18 U.S.C. § 982 and 28 U.S.C. § 2461(c).  Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C).  The following property is subject to forfeiture in accordance with Section 982 and/or 2461(c):

    a.     All property which constitutes or is derived from proceeds of the violations set forth in this bill of information; and

    b.     If, as set forth in 21 U.S.C. § 853(p), any property described in (a) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendants to the extent of the value of the property described in (a).

The following property is subject to forfeiture on one or more of the grounds set forth above:

    a.     A forfeiture money judgment in the amount of $900,000 such amount constituting the proceeds of the violations set forth in this bill of information.

RUSS FERGUSON
UNITED STATES ATTORNEY


DON GAST
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar Number: 23801
100 Otis Street, Suite 233
Asheville, NC 28801
Telephone: (828) 271-4661
Facsimile: (828) 271-4670
Don.Gast@usdoj.gov